In the Matter of NEW YORK CREDIT MEN's ASSOCIATION, INC., Appellant, against JACOB SCHNEIDER et al., Defendants, and DORA SCHNEIDER, Respondent.

Argued March 5, 1937; decided March 23, 1937.

*Charles Gottlieb* for appellant.

*Ludwig M. Wilson* for respondent.

Appeal dismissed, with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.